John Pallace, Jr., Respondent, v. Niagara, Lockport and Ontario Power Company, Appellant.— Motion for reargument denied, with ten dollars costs. All concurred. McLennan, P. J., not sitting.

Lida E. Carr, Appellant, v. Frank J. Carr, Respondent.— Motion to dismiss appeal denied, without costs. No case and exceptions are necessary. The appeal may be presented to this court upon the papers, including the stenographer's minutes. These minutes need not be printed, but presented to the court. Appeal to be argued during the present term at such time as the attorneys may agree upon, and in case of their inability to agree, at such time as the presiding justice may designate.

Harriet M. Benjamin, Plaintiff, v. Ada C. Duke and John E. Duke, Defendants. Thomas H. Bradley, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

Henry M. Stone and Another, Respondents, v. New York, Chicago and St. Louis Railroad Company and Cleveland, Cincinnati, Chicago and St. Louis Railroad Company, Appellants.— Motion to dismiss appeal denied, without costs.

Frank W. Bartlett, Respondent, v. Hunter Arms Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Julia O'Boyle, as Administratrix, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Eureka Paper Company, Respondent, v. The Fulton Light, Heat and Power Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

American Blue Stone Company, Respondent, v. Vincent Valentine, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Peter M. Bredel, Respondent, v. John Knaszak and Others, Appellants, Impleaded with Frank D. Caldwell and Veronica Malinowski.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Edward Garvey, Appellant, v. Oldbury Electro-Chemical Company, Respondent.— Order affirmed, without costs. Retaxation to be had before Niagara county clerk on May 24, 1909, at ten-thirty A. M. All concurred.

In the Matter of the Probate of the Will of George Ellwanger, Deceased. William D. Ellwanger, as Sole Executor, etc., of George Ellwanger, Deceased, Appellant, v. Henry S. Bacon and William T. Plumb, as Special Guardian of Julia S. Ellwanger, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the General Assignment of Thomas H. Spaulding and William H. Crosby, Doing Business under the Firm Name of Spaulding Machine Screw Company, to John R. Keim, Respondent, for the Benefit of Creditors. William H. Crosby, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Fraina, Appellant, v. John McLain, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.